UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LEDCOMM LLC,**<br><br>Plaintiff<br><br>v.<br><br>**BEST BUY STORES, L.P., BESTBUY.COM, LLC, and BEST BUY TEXAS.COM, LLC,**<br><br>Defendants | **Case No. 6:22-cv-00841**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Plaintiff LedComm LLC respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of a patent already in suit in the following earlier numbered cases:

- LedComm LLC v. Ace Hardware Corporation, 6:22-cv-00419-ADA;
- LedComm LLC v. IKEA US Retail LLC et al, 6:22-cv-00302-ADA;
- LedComm LLC v. Target Corporation, 6:22-cv-00301-ADA;
- LedComm LLC v. Walmart Inc. et al, 6:21-cv-00266-ADA;
- LedComm LLC v. Walgreens Boots Alliance, Inc., 6:22-cv-00420-ADA;
- LedComm LLC v. Signify North America Corporation et al, 6:20-cv-01056-ADA;
- LedComm LLC v. The Home Depot Inc. et al, 6:20-cv-00946-ADA; and

LedComm LLC v. Lowe's Companies, Inc et al, 6:20-cv-00722-ADA

| | |
|---|---|
| Dated: August 8, 2022 | Respectfully Submitted |
| | */s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com |
| | **THE MORT LAW FIRM, PLLC**<br>501 Congress Ave, Suite 150<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950 |
| **ATTORNEYS FOR PLAINTIFF** | |